UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CRIMINAL NO. 2:17-CR-735 (9)** |
| | * | |
| **MATTHEW THOMPSON** | * | |

## O R D E R

On the \_\_\_\_ day of _____, 2018, came on to be heard Defendant's Motion to Reconsider Order of Detention Pending Trial, and the same is in all things (GRANTED) (DENIED).

Set for hearing on _____.

**SIGNED** this \_\_\_\_ day of _____, 2018.

_____
**JUDGE PRESIDING**