UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 2:17–cr–00735

Matthew Jay Thompson

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

B Janice Ellington

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 10/26/2018

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Show Cause Hearing
Petition for Action on Pretrial Release (PRIVATE ENTRY) – #460

Date:   October 24, 2018

David J. Bradley, Clerk