United States District Court
Southern District of Texas
**ENTERED**
November 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA * | |
| * | |
| VS.   * | CRIMINAL NO. C-17-735-9 |
| * | |
| MATTHEW THOMPSON * | |

## ORDER CONTINUING SENTENCING

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing hearing in the above-captioned cause, the motion is hereby GRANTED.

**ANY SUPPORTING DOCUMENTS AND MOTIONS TO CONTINUE MUST BE FILED 3 DAYS PRIOR TO SENTENCING DATE AS SET FORTH IN THE ORIGINAL SENTENCING ORDER.**

It is ORDERED that the sentencing hearing be reset to **December 11, 2018 at 9:00 a.m.**

SIGNED and ORDERED this 5th day of November, 2018.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE