United States District Court
Southern District of Texas
**ENTERED**
July 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER C-17-CR-735-9 |
| | § | |
| MATTHEW JAY THOMPSON | § | |

### ORDER OF JUDGMENT OF DEFAULT OF THE SECURITY FOR THE APPEARANCE BOND

The Court has considered the motion of the United States of America for Judgment Of Default Of The Security For The Appearance Bond of the defendant, MATTHEW JAY THOMPSON, in the above-captioned case, and after having considered the pleadings, evidence and argument of counsel thereon, the Court enters the following order.

It is therefore ORDERED, ADJUDGED AND DECREED, that the United States of America have judgment of default of the security for the appearance bond of the defendant, MATTHEW JAY THOMPSON, and that the United States do have and recover from the defendant, MATTHEW JAY THOMPSON, the sum of $1,500.00.    It is further ORDERED that the Clerk of this Court issue a Registry Check in the sum of $1,500.00 payable to the Treasury of the United States, and that said check be deposited to the appropriate account in the Treasury of the United States to be credited against the total amount of this bond forfeiture.

SIGNED this 7/9/19 day of ~~June~~ May, 2019.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE